# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



JESSIE A. QUIÑONES-TORRES

      VS.　　　　　　　　　　**CIVIL NO.**  04-1528  **(JAF)**

UNITED STATES OF AMERICA

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. |  |
| **- O R D E R -** |||
| After having reviewed the Magistrate-Judge's Report and Recommendation, <u>Docket Document No. 11</u>, and no objection having been filed by Petitioner, the court **ADOPTS** the Magistrate's Report and **ORDERS** the summary dismissal of this case pursuant to Rule 4 of the <u>Rules Governing Section 2255 Appeals in United States Courts</u>. Judgment to enter accordingly. |||
| **IT IS SO ORDERED.** |||

<u>May 24, 2005</u>　　　　　　　　　　<u>S/José Antonio Fusté</u>
    Date　　　　　　　　　　　　José Antonio Fusté
　　　　　　　　　　　　　　　　　Chief U.S. District Judge